LF EAST 21 PROPERTY CO., LLC, Appellant, v IRADJ MOINI et al., Respondents. [8 NYS3d 103]—

Order, Supreme Court, New York County (Debra A. James, J.), entered December 18, 2013, which, to the extent appealed from as limited by the briefs, granted defendants' cross motion for summary judgment dismissing the complaint as against defendant Iradj Moini, unanimously affirmed, without costs.

Given the plain terms of the agreements (*see W.W.W. Assoc.*

*v Giancontieri*, 77 NY2d 157, 162 [1990]; *Sharp v Stavisky*, 221 AD2d 216 [1st Dept 1995], *lv dismissed* 87 NY2d 968 [1996]), the court properly concluded that defendant guarantor Iradj Moini had been relieved of any liability to plaintiff landlord. Under the good guy guaranty, Iradj Moini was responsible only for defendant tenant Moini & Moini, Inc.'s obligations up to and until the date it vacated the premises. As the tenant was current on its payments on that date, as required by the stipulation of settlement, the rent waiver under the stipulation had not been rendered null or void, and, thus, had not yet become an obligation. Concur—Friedman J.P., Renwick, Moskowitz and DeGrasse, JJ.